**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hassan Ayyoubi, | No. CV-26-00412-PHX-DWL (ASB) |
| Petitioner, | |
| v. | **AMENDED NOTICE OF ASSIGNMENT** |
| John Cantu, et al, | |
| Respondent(s). | |

On January 22, 2026, Petitioner filed a Complaint for Mandamus which has been assigned the case number listed above.  The case has been assigned to District Court Judge Dominic W Lanza  and has been referred to Magistrate Judge Alison S Bachus (PS) and the Court's Legal Staff.    When any action is taken in this case, you will be notified by Court order.

DATED this 23rd day of January, 2026.


s/Debra D. Lucas_____

Debra D. Lucas

District Court Executive/Clerk

cc:  Petitioner